IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FRED BAIRD, et al.,

    Plaintiffs,

  v.

BRISTOL-MYERS SQUIBB COMPANY, et al.,

    Defendants.

No. C 14-00009 WHA

**ORDER GRANTING IN PART STIPULATION TO STAY LITIGATION PENDING PLAVIX MDL**

On January 13, the parties filed a joint stipulation agreeing that this action "should be stayed pending [the] anticipated transfer to the Plavix® MDL in the District of New Jersey" (Dkt. No. 9). In December 2013, plaintiffs, individuals from sixteen states, filed this action in the Superior Court of the State of California, County of San Francisco alleging injuries as a result of ingesting Plavix®, a prescription medication, manufactured by defendant Bristol-Myers Squibb Company. According to defendant, 31 of the 44 other cases previously pending in this district involving the same prescription medication were transferred to the Plavix® Multidistrict Litigation in the District of New Jersey. On January 13, defendant "tagged this case for transfer to the Plavix® MDL" and anticipates that the panel will "issue a conditional transfer order for this case soon." The unique circumstances here warrant a brief stay of this action pending a conditional transfer order from the United States Judicial Panel on Multidistrict Litigation. The stay shall expire on **JANUARY 31** if no conditional transfer order issues before then. If no conditional transfer order issues by January 31, the parties shall file a joint status statement (not to exceed **SEVEN PAGES**) by **NOON ON FEBRUARY 5**.

    **IT IS SO ORDERED.**

Dated: January 14, 2014.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE